**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,                         No. C 00-00006 WHA

      Plaintiff,

  v.                                                              **ORDER RE REMAND BRIEFING**

PHONGSOON DEJANU; VARIMIT
TEJAPAIBUL; and PHONGSOON DEJANU,

      Defendants.
                                                  /

      The Ninth Circuit has issued a limited remand in the above-captioned case. *United States v. Dejanu*, No. 03-10463, 2006 WL 92850 (9th Cir. Jan. 13, 2006). The Court **REQUESTS BRIEFING ON THE REMANDED ISSUE FROM DEFENDANT PHONGSOON DEJANU**, to be filed by **APRIL 13, 2006**.

      **IT IS SO ORDERED.**

Dated: March 30, 2006

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE