IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>PHONGSOON DEJANU,<br><br>Defendant.<br>_____/ | No. CR 00-0006 WHA<br><br>**FURTHER ORDER RE MOTION SEEKING ORDER GRANTING QUANTUM MERUIT INTEREST IN CONNECTION WITH SEIZED FUNDS** |

Once again, Mr. Rankin failed to appear, this time at the hearing on February 12, 2008, at 8:00 a.m. If the promised settlement is not fully executed and received by Friday noon (February 15), then his motion will be **DENIED**.

**IT IS SO ORDERED.**

Dated: February 13, 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE