**ORIGINAL**

CRAIG M. RANKIN (SBN 169844)
JULIET Y. OH (SBN 211414)
OVSANNA TAKVORYAN (SBN 217435)
LEVENE, NEALE, BENDER, RANKIN & BRILL L.L.P.
10250 Constellation Blvd., Suite 1120
Los Angeles, California 90067
Telephone: (310) 229-1234
Facsimile: (310) 229-1244

Attorneys for Petitioner, HONG HUAT ASSOCIATES,
a California general partnership

UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>PHONGSOON DEJANU, et al.,<br><br>Defendant. | Case No. CR 00-00006 WHA<br><br>**STIPULATION AND [PROPOSED] ORDER GRANTING HONG HUAT ASSOCIATES' MOTION SEEKING ORDER GRANTING QUANTUM MERUIT INTEREST IN CONNECTION WITH SEIZED FUNDS**<br><br>Judge: Hon. William H. Alsup<br><br>**ORIGINAL HEARING DATE**<br>Date: January 29, 2008<br>Time: 8:00 a.m. |

Having considered the motion (the "Motion") filed by Hong Huat Associates, a California general partnership and petitioner herein ("HHA") seeking an order granting recovery from the United States of America of pre-judgment and post-judgment interest earned in connection with funds seized from HHA in the amount of $3,410,358.63 (the "Seized Funds"), the Memorandum of Points and Authorities and the Declarations of Marc Lumer and Ovsanna

-1-

Tavkoryan, together with all exhibits attached thereto, submitted by HHA in support of the Motion, and the United States having stipulated and agreed that HHA should receive the interest actually earned by the United States while the Seized Funds were in the possession of the United States, it is hereby

ORDERED that the alternative relief sought in the Motion and the relief stipulated to and agreed to by the United States, that is that the United States be Ordered to pay to HHA $221,172.42, which is the amount of interest actually earned by the United States during the time that the Seized Funds were in the possession of the United States, is hereby, granted; and it is further

ORDERED that the United States of America shall be, and it is hereby, authorized and directed to pay to HHA $221,172.42, which is the interest *actually* earned on the Seized Funds by the United States of America from the date the Seized Funds were seized (July 10, 2003) until the date the Seized Funds were returned to HHA (May 25, 2006).

AGREED:

UNITED STATES OF AMERICA

By: _____
STEPHANIE M. HINDS

IT IS SO ORDERED:

Dated: _____
WILLIAM H. ALSUP
UNITED STATES DISTRICT JUDGE

**END OF ORDER**

Tavkoryan, together with all exhibits attached thereto, submitted by HHA in support of the Motion, and the United States having stipulated and agreed that HHA should receive the interest actually earned by the United States while the Seized Funds were in the possession of the United States, it is hereby

ORDERED that the alternative relief sought in the Motion and the relief stipulated to and agreed to by the United States, that is that the United States be Ordered to pay to HHA $221,172.42, which is the amount of interest actually earned by the United States during the time that the Seized Funds were in the possession of the United States, is hereby, granted; and it is further

ORDERED that the United States of America shall be, and it is hereby, authorized and directed to pay to HHA $221,172.42, which is the interest *actually* earned on the Seized Funds by the United States of America from the date the Seized Funds were seized (July 10, 2003) until the date the Seized Funds were returned to HHA (May 25, 2006).

AGREED:

UNITED STATES OF AMERICA

By:_____
STEPHANIE M. HINDS

IT IS SO ORDERED:

Dated: Feb 13, 2008

_____
WILLIAM H. ALSUP
UNITED STATES DISTRICT JUDGE

**END OF ORDER**