IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

  v.

PHONGSOON DEJANU,

    Defendant.

    /

No. CR 00-00006 WHA

**REQUEST FOR GOVERNMENT AND PROBATION DEPARTMENT RESPONSE**

    Defendant filed a motion for early termination of probation on December 3, 2014. The Court requests the government and the probation department to respond by **NOON ON DECEMBER 18, 2014.** Defendant shall then have until **NOON ON DECEMBER 22, 2014** to submit a reply to the government's response.

    **IT IS SO ORDERED.**

Dated: December 16, 2014.

    WILLIAM ALSUP
    UNITED STATES DISTRICT JUDGE