IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

  v.

PHONGSOON DEJANU,

    Defendant.

No. CR 00-00006 WHA

**REQUEST FOR GOVERNMENT RESPONSE**

    The government was requested to respond to defendant's motion by December 18, 2014, at Noon (Dkt. No. 787). It failed to do so. The government shall respond to defendant's motion by **NOON ON DECEMBER 22, 2014.**

    **IT IS SO ORDERED.**

Dated: December 19, 2014.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE